JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS, et al., | Case No. EDCV 16-1678-AB (KK) |
| Plaintiffs, | |
| v. | JUDGMENT |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge and the Order Dismissing Plaintiff William J. Bryant,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 7, 2017

_____
HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge